Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@ toddflaw.com
abacon@ toddflaw.com
mgeorge@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING INC, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> CORPORATE BAILOUT, LLC, MARK D. GUIDUBALDI & ASSOCIATES, LLC AKA PROTECTION LEGAL GROUP, AMERICAN FUNDING LLC and DOES 1 through 10, inclusive, <br><br> Defendant. | Case No. **3:17-cv-02559-LB** <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice as to the individual claims and without prejudice as to the putative class

Notice of Dismissal - 1

claims. Each party shall bear their own costs and fees. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 10th day of October, 2017.

By:     /s/Todd M. Friedman
        Todd M. Friedman, Esq.
        Law Offices of Todd M. Friedman, P.C.
        Attorney for Plaintiff

Filed electronically on this 10th Day of October, 2017, with:

**United States District Court CM/ECF system**

Notification sent electronically via the Court's ECF system to:

Honorable Magistrate Judge Laurel Beeler
United States District Court
Northern District of California

And all Counsel of Record on the electronic service list.

And via email:

tburnettelaw@gmail.com


This 10th Day of October, 2017.

s/Todd M. Friedman
Todd M. Friedman